CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
___NASHVILLE___ DIVISION

Petty Offense ( )
Misdemeanor ( )
Felony (x)
Juvenile ( )

County of Offense: ___Davidson___

AUSA's NAME: ___S. Carran Daughtrey___

Jarratt A. TURNER
Defendant's Full Name

c/o USMS
Defendant's Address

Interpreter Needed? ___Yes  _x_ No

If Yes, what language? _____

AFPD Dumaka Shabazz
Defendant's Attorney

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1-16 | 18 USC 2251(a) | Production of Child Pornography | 30 years | $250,000 |
| 17 | 18 USC 2252A(a)(1) | Transportation of Child Pornography | 20 years | $250,000 |
| | | | | |
| | | | | |
| | | | | |

\* Mandatory minimum sentence of 15 years.
\*\* Mandatory minimum sentence of 5 years.

Is the defendant currently in custody?   (x) Yes  ( ) No       If Yes, State or Federal? ___Federal___

Has a complaint been filed?   (x) Yes  ( ) No
   If Yes: Name of Magistrate Judge   ___Juliet Griffin___   Case No.: ___3:15-MJ-1043___
   Was the defendant arrested on the complaint?   ( ) Yes  ( ) No

Has a search warrant been issued?   (x) Yes  ( ) No
   If Yes: Name of Magistrate Judge   ___Juliet Griffin___   Case No.: _____

Was bond set by Magistrate/District Judge:   ( ) Yes  (x) No   ( ) Not Applicable   Amount of bond: _____

Is this a Rule 20? ( ) Yes (x) No   To/from what district? _____
Is this a Rule 40? ( ) Yes (x) No   To/from what district? _____

Is this case related to a pending or previously filed case?   ( ) Yes   (x) No
   What is the related case number? _____
   Who is the Magistrate Judge? _____

Estimated trial time:   ___3-4 days___

The Clerk will issue a   ___Defendant already in Custody___

Bond Recommendation:   ___None___

(Revised March 2014)