# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | 3:15 CR 00093-1 |
| v. | ) | Judge Marvin E. Aspen |
| | ) | |
| JARRATT A. TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

We have reviewed Defendant's motion to continue trial and accompanying waiver of speedy trial. (Dkt. Nos. 22–23.) The motion is hereby granted. We hereby strike the March 7, 2016 final pretrial conference and trial.

We also amend the deadlines for the filing of pretrial materials as follows. On or by July 8, 2016, the parties shall submit: (1) proposed voir dire questions; (2) proposed jury instructions, including an instruction on the defense theory of the case if desired; (3) a joint proposed verdict form; and (4) a joint statement of the nature of the case (not to exceed one page) to be read to the prospective jurors by the Court at voir dire. If the parties cannot agree on a joint verdict form, or on a joint statement of the nature of the case, separate proposals shall be filed and served on or before July 8, 2016. Written grounds for objections to any voir dire questions and/or jury instructions shall be filed and served on or before July 15, 2016.

In addition, the parties shall file exhibit and witness lists, identifying all evidence they intend to introduce, on July 15, 2016. The parties at that time shall file: (1) any stipulations of fact or law; (2) any stipulations regarding the admissibility of potential exhibits or witness testimony; and (3) a brief stipulation or statement of the qualifications of any expected expert

witness, in such a form that could be read to the jury.  The parties shall also indicate the anticipated length of trial and their preferred number of alternate jurors.

Motions in limine shall be filed on or by July 8, 2016, with responses due July 15, 2016.

The parties should also consider whether the forfeiture allegation will be contested in the event that a guilty verdict is returned.  If so, the parties shall advise whether they wish the Court or the jury to address any forfeiture questions, including the forfeitability of any specific property.  If either party desires the jury to determine forfeiture, the Government shall submit any necessary forfeiture jury instructions, as well as a special forfeiture verdict form.  This information and proposed materials shall be submitted by July 22, 2016.  Defendant may file any objections to the forfeiture instructions or special verdict form on or by July 29, 2016.

The preliminary pretrial conference remains scheduled for Tuesday, February 23, 2016 at 9:45 a.m. in Courtroom 783.  We will discuss a new trial date at that time.  Defendant need not personally appear for this pretrial conference.  Counsel shall notify the Court immediately if the parties reach a plea agreement.

All of the above filings should be filed electronically via CM/ECF.  On the date of these filings, the parties shall also fax a copy thereof to the Court's chambers (312-554-8515).  In the unlikely event that the filings would generate a fax exceeding 40 pages in length, the parties shall simply fax a notice to chambers indicating that the filings were submitted via CM/ECF as instructed.  It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: February 8, 2016
       Chicago, Illinois