UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:15-00093 |
| | ) | Senior Judge Aspen |
| | ) | |
| JARRATT A. TURNER | ) | |

**<u>JARRATT TURNER'S PROPOSED JURY INSTRUCTIONS</u>**

Jarratt Turner, through counsel, files his Proposed Jury Instructions pursuant to Rule 30 of the Federal Rules of Criminal Procedure and the Court's Order Resetting Jury Trial. (D.E. 31). In so doing, Jarratt Turner makes specific reference to the *Sixth Circuit Pattern Jury Instructions* and reserves the right to propose additions or amendments to these proposed instructions as needed during or before trial as the government's proof becomes clear. The defendant's theory of the defense instruction will be addressed in a separate filing.

Respectfully submitted,

*/s/ Dumaka Shabazz*
DUMAKA SHABAZZ (#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
Telephone: 615-736-5047
Facsimile: 615-736-5265

Attorney for Jarratt Turner

## CERTIFICATE OF SERVICE

  I hereby certify that on July 28, 2016, I electronically filed the ***Defendant's Proposed Jury Instructions*** with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

  A copy has also been sent, *via facsimile* to 312-554-8515, Chambers of the Honorable Marvin E. Aspen, U.S. District Judge.

               /s/ *Dumaka Shabazz*
               Dumaka Shabazz

# DEFENDANT'S PROPOSED SIXTH CIRCUIT STANDARD INSTRUCTIONS[1]

1.01 Introduction
1.02 Jurors' Duties
1.03 Presumption of Innocence, Burden of Proof, Reasonable Doubt
1.04 Evidence Defined
1.05 Consideration of Evidence
1.06 Direct and Circumstantial Evidence
1.07 Credibility of Witnesses
1.08 Number of Witnesses
1.09 Lawyers' Objections

2.01A Separate Consideration
2.04 On or About
2.05 Willfully
2.06 Knowingly
2.07 Specific Intent
2.08 Inferring Required Mental State

7.02A Defendant's Election Not To Testify Or Present Evidence
7.02B Defendant's Testimony
7.03 Opinion Testimony
7.03A Witness Testifying to Both Facts and Opinions
7.05B Impeachment Of A Witness Other Than Defendant By Prior Conviction
7.09 Character And Reputation Of Defendant
7.13 Other Acts Of Defendant
7.20 Statement By Defendant

8.01 Introduction
8.02 Experiments, Research, Investigation and Outside Communications
8.03 Unanimous Verdict
8.04 Duty to Deliberate
8.05 Punishment
8.06 Verdict Form
8.07 Lesser Offenses, Order of Deliberations, Verdict Form
8.08 Verdict Limited to Charges Against This Defendant
8.09 Court Has No Opinion
8.10 Juror Notes

---

[1] Number references are to the corresponding *Sixth Circuit Pattern Instructions* dated April 1, 2013, unless otherwise noted.

# DEFENDANT'S PROPOSED SUBSTANTIVE INSTRUCTIONS

## DEFENDANT'S PROPOSED SUBSTANTIVE INSTRUCTION NO. 1
## THEORY OF THE DEFENSE

(To be filed separately)

    Respectfully submitted,

    s/ *Dumaka Shabazz*
    DUMAKA SHABAZZ (BPR#022278)
    Assistant Federal Public Defender
    810 Broadway, Suite 200
    Nashville, TN 37203
    615-736-5047
    E-mail: dumaka_shabazz@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2016, I electronically filed the foregoing Jarratt Turner's Proposed Jury Instructions with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to S. Carran Daughtrey and Henry C. Leventis, Assistant U.S. Attorneys, 110 Ninth Avenue South, A-961, Nashville, TN 37203-3870.

A copy has also been sent, *via facsimile* to at 312-554-8515, Chambers of the Honorable Marvin E. Aspen, U.S. District Judge.

    /s/ *Dumaka Shabazz*
    Dumaka Shabazz