UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-cr-000093 |
| | ) | JUDGE ASPEN |
| JARRATT A. TURNER | ) | |
| | ) | |

**UNITED STATES' WITNESS LIST**

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, respectfully submits this following list of potential witnesses on behalf of the United States:

1. James D. Cole, Special Agent, Homeland Security Investigations
2. David Fox, Special Agent, U.S. Secret Service
3. Jonathan Hendrix, Special Agent, Homeland Security Investigations
4. James K. Liles, Special Agent, Homeland Security Investigations
5. Kristin Mays
6. Randall Mays
7. John Peterson, Special Agent, Homeland Security Investigations
8. Sara Schambre
9. Andrew Southern
10. Kenneth Woods, Fingerprint Specialist, Homeland Security Investigations
11. Walmart Loss Prevention Employee
12. Custodian of Records, Inbox.com (if no stipulation as the authenticity of email records)

1

13. Custodian of Records, FSNB (if no stipulation as the authenticity of bank records)

14. Custodian of Records, Square (if no stipulation as the authenticity of Square records)

        DAVID RIVERA
        United States Attorney

        /s/ S. Carran Daughtrey
        S. Carran Daughtrey
        Assistant U. S. Attorney
        110 9th Avenue South, Ste. 96l
        Nashville, Tennessee 37203
        Phone: (615) 736-5l5l

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served through the electronic case filing system upon Dumaka Shabazz, counsel for the defendant upon this 13th day of January 2017.

        /s/ S. Carran Daughtrey
        S. Carran Daughtrey
        Assistant U. S. Attorney