UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:15-CR-000093 |
| | ) | JUDGE ASPEN |
| JARRATT A. TURNER | ) | |
| | ) | |

# UNITED STATES' EXHIBIT LIST

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, respectfully submits this following exhibit list on behalf of the United States.

| # | Exhibit Description |
|---|---|
| 1 | NIJASDAD account contents from "Website A" |
| 2 | Account information and IP History for nijasdad@inbox.com provided by Inbox.com |
| 3 | Square records for transactions at SIP |
| 4 | Square Purchase Log Information for Target Credit Card |
| 5 | FSNB Card with name Jarratt Turner |
| 6 | Photographs Identified by Sara Schambre of "Adam" |
| 7 | Photographs Identified by Kristen Mays of "Nija" |
| 8 | Photographs from Search Warrant of Turner's Residence |
| 9 | Text of selected emails from nijasdad@inbox.com account (attachments not included) |
| 10 | Attachments of selected emails from nijasdad@inbox.com account (consists of videos and images that are to be provided on CD) |
| 11 | Printed version of selected attachments from previous exhibit [] |
| 12 | Redacted copies of images from previous exhibit [] |

1

| #  | Exhibit Description |
|----|---------------------|
| 13 | Fingerprint Cards of Jarratt Turner |
| 14 | Redacted images of child exploitation containing visible fingerprints |
| 15 | Marked redacted images of child exploitation containing visible fingerprints |
| 16 | EXIF data from produced child exploitation images and videos |
| 17 | Calendar of Dates of Production |
| 18 | User information from Asus ME370T Nexus 7 Tablet |
| 19 | Sample of Images from Asus ME370T Nexus 7 Tablet |
| 20 | User information from Nextbook |
| 21 | Password information on Nextbook |
| 22 | Web History of Nextbook |
| 23 | Sample of Images from Nextbook |
| 24 | Web Usage on Samsung Galaxy SIII |
| 25 | Email Usage on Samsung Galaxy SIII |
| 26 | Sample of Images on Samsung Galaxy SIII |
| 27 | Device and User Information from Samsung Galaxy S6 |
| 28 | Sample of Images on Samsung Galaxy S6 |
| 29 | Device and User Information on Samsung Galaxy Tablet 3 |
| 30 | Web Usage on Samsung Galaxy Tablet 3 |
| 31 | Sample of Images on Samsung Galaxy Tablet 3 |
| 32 | Walmart Surveillance Video / Images |
| 33 | Phone box for Samsung SM-G900P |
| 34 | Asus ME370T Nexus 7 Tablet |
| 35 | Nextbook |

| #  | Exhibit Description     |
|----|-------------------------|
| 36 | Samsung Galaxy SIII     |
| 37 | Samsung Galaxy S6       |
| 38 | Samsung Galaxy Tablet 3 |

The undersigned attorney has been unable to complete all forensic related exhibits due to the unavailability of the witness who conducted the forensic analysis of the electronic evidence. Additionally, the United States respectfully requests that it be permitted to modify the numbering and/or organization of this exhibit list depending on the availability or unavailability of witnesses, which may be dependent on the scheduled trial date. The United States respectfully requests that it be permitted to correct any errors herein.

DAVID RIVERA
United States Attorney

/s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant U. S. Attorney
110 9th Avenue South, Ste. 96l
Nashville, Tennessee 37203
Phone: (615) 736-5l5l

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served through the electronic case filing system upon Dumaka Shabazz, counsel for the defendant upon this 13th day of January 2017.

/s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant U. S. Attorney