UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-00093 |
| | ) | Senior Judge Aspen |
| JARRATT A. TURNER | ) | |

## MR. TURNER'S WITNESS LIST

Mr. Turner, by and through counsel, respectfully submits the following list of potential witnesses to be called in the above styled case:

1. Jarratt Turner- This decision has not been made and likely will not be determined until trial.

2. Counsel is investigating and trying to track down a witness that would have favorable information for Mr. Turner. At this point, counsel has not been able to locate and interview said person.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed this Witness List with the U.S. District Court Clerk via CM/ECF, which will send a Notice of Electronic Filing to S. Carran Daughtrey and Henry C. Leventis, Assistant U.S. Attorneys, 110 Ninth Avenue South, A-961, Nashville, TN 37203-3870.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ