UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:15CR00093 |
| ) | Judge Marvin E. Aspen |
| JARRATT A. TURNER ) | |
| ) | |

### AFFIDAVIT OF DEBORAH KRAUSE

COMES NOW, Deborah Krause, and states to the Court as follows:

1. I am a contract paralegal assigned to the Asset Forfeiture Department of the U.S. Attorney's Office in the Middle District of Tennessee.

2. As such, my job duties include maintenance of civil and criminal forfeiture files, tracking the life cycle from seizure to disposal of seized assets entered into the United States Department of Justice electronic database, the Consolidated Asset Tracking System "CATS", mailing direct notice of judicial forfeiture to potential claimants in civil and criminal forfeiture matters, initiating publication of the forfeiture action for thirty (30) consecutive days on the official internet government forfeiture site at "www.forfeiture.gov," and making a determination as to whether a person is in the military service of the United States, within the meaning of the War and National Defense Service members Civil Relief Act. 50 App. U.S.C.A. § 521.

3. The Samsung Galaxy S6 (Phone); Model – SM-G920P; MEID – 256691544701127425; Samsung Galaxy S3 (Phone); Model – SGH-T999; IMEI 355164055511369; Next Tablet; Model – NX785QC8G; S/N YFG0714147835; Samsung Galaxy Tab3 (Tablet); Model – SM-T217S; MEID – 256691514203605879; and ASUS Tablet; Model –

ME173X; S/N D70KCY023371 seized from Jarratt A. Turner on or about June 5, 2015 (hereinafter collectively "Subject Property") are assigned CATS identification number 15-ICE-001864.

    4.    A review of the seized asset information module of the CATS system for the Subject Property seized from Jarratt A. Turner on or about June 5, 2015 reveals these items have an aggregate value of $542.45. (Exhibit 1: CATS Seizure/Asset Information, p 3)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2017 at Nashville, Tennessee.

                                                             *Deborah Krause*
                                                             DEBORAH KRAUSE
                                                             Contract Asset Forfeiture Paralegal