## CASE

| Office ID: | Sub-Office ID: | Program Code: | GDEP: | Szr Event/Exhibit #: | Delay Forfeiture? |
|---|---|---|---|---|---|
| TNM | 00 | | | | N |

| Case Number: | Case Name: |
|---|---|
| | |

| Operation Name: | Case Agent: |
|---|---|
| | |

## SEIZURE REVIEW

| Additional Agencies? | Seized by State/Local Officer? | Seizure with Federal Involvement? | Federal Seizure Warrant Obtained? | Additional Agency Type: |
|---|---|---|---|---|
| No | | | | |

## SEIZURE

| Seizure Date: | FIRE Begin Date: | FIRE End Date: | FIRE Type: |
|---|---|---|---|
| 06/08/15 | | | |

| Seizure Method: | Warrant Execution Date: | Indictment Date: | Adoption Date: |
|---|---|---|---|
| Incident Arrest | | 07/01/15 | |

| Seizing Agent: | Phone Number: |
|---|---|
| Johnathan Hendrix | |

**Seized From:** Jarratt Turner

**Place/Address Where Seized:** 3804 Oxford Street
**City:** Nashville
**State:** TN

| Seizure: | Judicial District Processing: | Primary Forfeiture Statute: | Primary Violation Statute: |
|---|---|---|---|
| TNM | TNM | 18 USC 2253 | 18 USC 2251 |

## ALL ASSET TYPES

| Asset Value at Seizure: | Abve Min Thrshld? | Appraisal Date: | Asset Type/Asset Sub-Type: | Forfeiture Type: |
|---|---|---|---|---|
| 542.45 | N | 09/29/15 | Electronic Equipment/Cellular Phone | Criminal |

| Asset Description: | Victims Anticipated? |
|---|---|
| Cell phones and tablets seized from Jarratt A. Turner. | N |

| Liens Exists? | Expenses Incurred? | Hold as Evidence? | Expedited Release Notice Served? | Special Handling Code(s): |
|---|---|---|---|---|
| U | N | N | N | |

| HIDTA Case? | SARs Case? | Forfeiture-Dependent Award? | Quick Release Performed? | Intra-Agency Assistance? |
|---|---|---|---|---|
| N | N | N | N | N |

| Suitable for Official Use? | OCDETF Case? | Parallel Processing? | Sharing Anticipated? | Intl Sharing? | Restitution Case Anticipated? |
|---|---|---|---|---|---|
| N | N | N | N | N | Y |

## COMPLETE IF APPLICABLE

| Make: | Model: | Style: | Year Manufactured: | Color/Finish: |
|---|---|---|---|---|
| | | | | |

| VIN/Serial Number/Hull No/Fiscal Control #: | Condition Code: | NCIC Search Results Positive? |
|---|---|---|
| | | |

| Registration/License Number: | Year: | State: | Country: | Concealed Compartment? | Photos? |
|---|---|---|---|---|---|
| | | | | N | N |

| Special Equipment or Accessories? | Damage Present? | Caliber: |
|---|---|---|
| N | N | |

## PARTY (1747463)

| Party Name: Jarrett Turner | | Start: 09/28/15 End: |
|---|---|---|
| Address: 3804 Oxford Street | | |
| City: Nashville | State: TN | Zip Code: 37216 | Country: USA |
| Contact Name (if business): | | Phone Number (Contact): |
| Phone Number: | Party Type(s): Owner | Agent's Name in lieu of CS? n/a |
| Notice Due Date: 08/07/15 | Lien Amount Held By Party ($): | Quick Release Recipient? | Quick Release Date: | Expenses Reimbursed ($): |

## U. S. ATTORNEY (Criminal)

| USAO No: 2015R00154 | Court Case No: 3:15R00093 | Case Name: U.S. v. Jarrett Turner |
|---|---|---|
| Judicial District: TNM | AUSA Name: Debra Phillips | Phone Number: 615-736-5151 |

## CUSTODY STORAGE

| Custody Code: | Storage Facility Name: | Storage Date(s): |
|---|---|---|
| Storage Facility Address: | | |
| City: | State: | Zip Code: | Storage Rate: | Per: |

## RECEIVED BY

| Signature: | Date: |
|---|---|
| Received By: | Title: |

## PREPARED BY

| Signature: | Date: |
|---|---|
| Received By: | Title: |

## APPROVED BY

| Signature: | Date: |
|---|---|
| Approved By: | Title: |

## ADDITIONAL PROCESSING DETAILS

**Seizure Form Status:** I (Incomplete)  **Pre-seizure Plan:** N
**Value at FIRE Begin:** $0.00
**SSF Entered:** 09/28/15  **SSF Entered By:** yasmin.carballosa
**SSF Completed:**  **SSF Completed By:**
**Headquarters Receipt Date:**  **Forward to Legal Date:**
**Forwarded to Team Leader Date:**  **Returned from Legal Date:**
**Forwarded to Program Manager Date:**
**Analyst ID:**
**Seizing Squad / Team:**  **Case Squad / Team:**
**Sub File:**  **DEA 20/35 Day Ad Code:**
**Scheduled Ad Date:**
**DEA Ad Code:**  **Szr Event/Exhibit #:**
**Prior Ad Codes:**  **Prior Seizure Number(s):**

**Forfeiture Type:** D - Criminal  **Date Changed:**
**Prior Forfeiture Types:**

**Judgment Asset ID:**

## ITEM CONTENTS LIST

| Item Seq. No. | Count | Item Description/Item Type/Condition/Serial Number/Barcode/Disposition Type | Item Value |
|---|---|---|---|
| 1 | 1 | Samsung Galaxy S3<br>**Item Type:** Electronic Equipment Cellular Phone<br>**Condition:** Good | $104.99 |
| 2 | 1 | Next Tablet<br>**Item Type:** Electronic Equipment Computer Equipment<br>**Condition:** Good | $39.99 |
| 3 | 1 | Samsung Galaxy Tab 3<br>**Item Type:** Electronic Equipment Cellular Phone<br>**Condition:** Good | $84.99 |
| 4 | 1 | ASUS Tablet<br>**Item Type:** Electronic Equipment Computer Equipment<br>**Condition:** Good | $22.50 |
| 5 | 1 | Samsung Galaxy S6<br>**Item Type:** Electronic Equipment Cellular Phone<br>**Condition:** Good | $289.98 |