

Charles B. Wang International
Children's Building
699 Prince Street
Alexandria, VA 22314-3175
U.S.A.
_____

Telephone 703.224.2150

Facsimile 703.224.2122

www.missingkids.com

www.cybertipline.com

Other Offices
California
Florida
New York
Texas

May 24, 2017

SSA Jonathan Hendrix
DHS Immigration and Customs Enforcement
501 Brick Church Park Drive
Nashville, TN 37207

Dear SSA Jonathan Hendrix :

Thank you for submitting the case details and hash values associated with the investigation pertaining to case number: NV07QR15NV0006. The National Center for Missing and Exploited Children (NCMEC) will use the case information to assist law enforcement agencies and prosecutors in determining whether child pornography media depict previously identified children.

For your records, as of the date of this letter NCMEC has the following information on file for you:

Series Name: MaizeM
Number of Identified Children: 1
Seen Before Results: Positive

We show the following regarding availability of points of contact for this series:

Primary Law Enforcement Point of Contact: SSA Jonathan Hendrix
Agency: DHS Immigration and Customs Enforcement
Address: 501 Brick Church Park Drive
City: Nashville
State: TN
Telephone: 615-566-8439
Email: jonathan.hendrix@dhs.gov
Preferred Method of Contact: Email

Alternate Law Enforcement Point of Contact: N/A

Secondary Law Enforcement Point of Contact: GS Dennis Fetting
Agency: DHS Immigration and Customs Enforcement
Address: 501 Brick Church Park Drive
City: Nashville
State: TN
Telephone: 615-664-5503
Email: Dennis.M.Fetting@ice.dhs.gov
Preferred Method of Contact: Email

If any of the above information is incorrect, please contact me at 1-877-446-2632 x , so that I may update our records. Please refer to Technical Assistance Report 105697. Further, if you are aware of any additional investigators available to assist with point of contact

responsibilities please let me know so that I may add this supplemental information to the case details.

In addition, NCMEC staff generated a "Seen Before" report based on your submitted case files.

A "Seen Before" report contains case specific information of when a file has been previously submitted to the CVIP Child Recognition & Identification System (CRIS) or NCMEC's CyberTipline, including the name and contact information of a submitting law enforcement agency, the case number, and/or the number of the CyberTipline Report or the Child Identification Report. Law enforcement agencies and prosecutors may use the information contained in this report to further investigate whether the facts of a case support charges for the receipt or distribution of child pornography.

The analysis performed on this particular case indicated that there are one or more files which were previously submitted to CRIS and/or the CyberTipline by an electronic service provider. NCMEC has sent a report documenting this information and detailing the distribution of the file(s) separately to your email account.

Please note, NCMEC has also sent a copy of this notification to the FBI Office for Victim Assistance Child Pornography Victim Assistance (CPVA). CPVA may contact your agency regarding victim contact information and notification preference in accordance with the Crime Victims' Rights Act, 18 U.S.C. § 3771. Should you have any questions for CPVA, you may contact them at 1-877-236-8947.

Additionally, NCMEC has provided a copy of this notification to the Executive Office for United States Attorneys (EOUSA) which will coordinate with Victim Witness personnel towards the collection of a victim impact statement.

In addition, NCMEC has a list of current points of contact that are willing to serve as a mentor to those new to this role. These mentors are available to answer questions and can guide you through setting up a system to handle image confirmation requests, including providing a sample affidavit if needed. Please contact CVIP and we'll be happy to provide a mentor referral.

Should you have any questions regarding this matter, or need any supplemental information pertaining to your case, please feel free to contact me.

Best Regards,

Matthew Stein
Analyst, Child Victim Identification Program
Exploited Children Division
National Center for Missing and Exploited Children