# Man Accused of Raping 2-Year-Old Dressed as Spider-Man at Children's Hospital

by Alex J. Quinones Tuesday, June 9th 2015

fox17.com

**By Sabrina Hall**

NASHVILLE, Tenn. -- We have new information about the Nashville man accused of raping a two-year-old and recording it.

It turns out, for at least a couple of years, he washed windows for Vanderbilt Children's Hospital.

Vanderbilt police says it's been in contact with Homeland Security, the agency that investigated Jarratt Turner and got him locked-up.

FOX 17 has video of Turner dressed as Spider-Man washing windows for the children's hospital in October 2014.

"It makes it even better if I can do my job and help some people out at the same time," said Turner.

Vanderbilt says it's been in touch with Homeland Security investigators and says, "Neither they nor we have any indication there was any inappropriate behavior that occurred on our campus".

The owner of the window washing company says he's shocked and appalled by the allegations but believes Turner never was left alone with any children there.

Turner is accused of using his friend's children to create child porn, emailing and posting images of toddlers online saying, "I looooove (sic) little ones. I love little one's the most and hope you love them too."

"If somebody did that to my child they probably would never be found again," said Lacy Todd, a Nashville mom.

Todd has a two year old boy, the same age as one of Turner's alleged victims. She says she's also a survivor herself, "I don't trust anybody. My kid does not go out of my sight. From what I went through as a child, I don't trust anybody."She says she knows the damage sex abuse can cause, "It lives with you forever."

Todd also says she knows not everyone is as trustworthy as they appear.

"These kids are pretty sick and anything we can do to make their day a little bit better, I'm all for it," said Turner dressed as Spider-Man back in October.

Prosecutors have charged Turner with distribution of child porn but say more charges are coming.