UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:15CR00093 |
| | ) | Judge Aspen |
| JARRATT A. TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF LAW AND FACTS IN SUPPORT OF MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

The United States has moved for a Final Order of Forfeiture. In support thereof:

On April 29, 2018, pursuant to 18 U.S.C. § 2253(a) this Court entered a Preliminary Order of Forfeiture as to Defendant Jarratt A. Turner, forfeiting his interest in the following:

    a.    Samsung Galaxy S6 (Phone); Model – SM-G920P; MEID – 256691544701127425;

    b.    Samsung Galaxy S3 (Phone); Model – SGH-T999; IMEI 355164055511369;

    c.    Next Tablet; Model – NX785QC8G; S/N YFG0714147835;

    d.    Samsung Galaxy Tab3 (Tablet); Model – SM-T217S; MEID – 256691514203605879; and

    e.    ASUS Tablet; Model – ME173X; S/N D70KCY023371.

(hereinafter collectively "Subject Property").   (D.E. 109: Preliminary Order of Forfeiture).

On May 14, 2018, the Secretary of Treasury or their designees, served the Preliminary Order of Forfeiture on the Subject Property.   (D.E. 115: Process Receipt and Return).

Due to the nominal value of the Subject Property, pursuant to the Preliminary Order of Forfeiture, the United States did not publish notice of the order of forfeiture or of the United States intent to dispose of the Subject Property in such a manner as the Secretary of Treasury (or his

designee) may direct. (D.E. 109: Preliminary Order of Forfeiture). In addition, no direct notice of this forfeiture action was sent because inquiry was made of the federal agent investigating this matter on April 23, 2018, and there are no other known persons with interest in the Subject Property. (D.E. 118: Affidavit of Deborah Krause). No timely petition has been filed. (D.E. 118: Affidavit of Deborah Krause).

Pursuant to 21 U.S.C. § 853(n)(7), following the Court's disposition of all petitions for the Subject Property subject to forfeiture, the United States shall have clear title to the Subject Property and may warrant good title to any subsequent purchaser or transferee.

WHEREFORE, the United States respectfully requests this Court enter a Final Order of Forfeiture, forfeiting to the United States of America the Subject Property with no right, title and interest existing in any other party, extinguishing any liens on the Subject Property and to be disposed of according to law.

> Respectfully submitted,
>
> DONALD Q. COCHRAN
> United States Attorney
> Middle District of Tennessee
>
> By: s/ Debra Teufel Phillips
> DEBRA TEUFEL PHILLIPS
> Assistant United States Attorney
> 110 Ninth Avenue, South, Suite A-961
> Nashville, Tennessee 37203
> Telephone: 615/736-5151
> Email: deb.phillips@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of May, 2018, a copy of the foregoing Memorandum of Law and Facts in support of Motion For Entry Of A Final Order Of Forfeiture and the Affidavit of Deborah Krause, referenced within the Memorandum, were filed electronically.  Notice of these filings will be sent to Dumaka Shabazz via email to Dumaka_Shabazz@fd.org by operation of the Court's electronic filing system.

                                                           s/ Debra Teufel Phillips
                                                         DEBRA TEUFEL PHILLIPS