# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 06, 2019

Miller Bushong
Ms. Sarah Carran Daughtrey
Office of the U.S. Attorney
110 Ninth Avenue, S.
Suite A-961
Nashville, TN 37203

Ms. Molly Rose Green
Mr. Dumaka Shabazz
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203

Re: Case No. 18-5451, *USA v. Jarratt Turner*
Originating Case No. : 3:15-cr-00093-1

Dear Counsel,

The Court issued the enclosed opinion today in this case.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Ms. Vicki Kinkade

Enclosure

Mandate to issue