UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 18-5451

_____

Filed: February 28, 2019

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JARRATT A. TURNER

      Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 02/06/2019 the mandate for this case hereby issues today.

COSTS: None