# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 28, 2019

Ms. Vicki Kinkade
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

    Re:  Case No. 18-5451, *USA v. Jarratt Turner*
        Originating Case No. 3:15-cr-00093-1

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

                 Sincerely yours,

                 s/Monica M. Page
                 Case Manager
                 Direct Dial No. 513-564-7021

cc:  Miller Bushong
    Ms. Sarah Carran Daughtrey
    Ms. Molly Rose Green
    Mr. Dumaka Shabazz

Enclosure